**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **MAEREGU BEZABEH ALAMREW** | **CIVIL ACTION NO. 26-0871** |
| | **SECTION P** |
| **VS.** | |
| | **JUDGE ROBERT R. SUMMERHAYS** |
| **TIM MORGAN, ET AL.** | **MAGISTRATE JUDGE WHITEHURST** |

**JUDGMENT**

Presently before the Court is the Report and Recommendation of the Magistrate Judge [ECF No. 35], the written objections thereto filed with this Court [ECF No. 39], and the notice of supplemental facts and motion to expedite ruling [ECF No. 42]. The Court finds, after a *de novo* review of the record, and for the reasons set forth in the Reasons for Judgment issued this date, that the holding contained in the Magistrate Judge's Report and Recommendation is correct and that judgment recommended therein is warranted. Accordingly,

IT IS HEREBY ORDERED that the motion to expedite ruling [ECF No. 42] is GRANTED.

IT IS FURTHER ORDERED that Petitioner Maeregu Bezabeh Alamrew's petition for habeas corpus [ECF No. 1] is GRANTED. Respondents, and the Warden of Winn Correctional Center, shall (A) immediately release Petitioner from custody without bond, under reasonable conditions of supervision if necessary and (B) notify Petitioner's counsel of the exact location and time of his release no less than two hours before his release.

IT IS FURTHER ORDERED that any possible or anticipated removal or transfer of Petitioner under this present detention is PROHIBITED.[1] Respondents shall, within 24 hours after Petitioner's release, file a status report confirming his release.

THUS DONE in Chambers on this 27th day of August, 2026.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE

[1] The Court expresses no opinion as to whether Petitioner could or should be taken into custody at a later date if travel documents were to be obtained.